IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGIE FRIESEN, | ) | Case No. 8:11-CV-189 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| HOTSHOT DELIVERIES, INC., | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the court upon the Stipulation of the Parties that this case be dismissed, with prejudice, each party to bear her or its own attorneys' fees and costs.

Upon consideration of the Stipulation, and being duly advised in the premises, the Court approves of the parties' Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed, with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED this 20th day of April, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
District Court Judge